COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Harris County v. Pasadena Refining System, Inc. and Crown
Central, LLC

Appellate case number:     01-13-01067-CV

Trial court case number:   2013-02153

Trial court:               55th District Court of Harris County

On May 12, 2014, appellant, Harris County, filed an "Unopposed Third Motion to Extend Time to File Appellant's Brief," requesting a 49-day extension of the deadline for filing its brief. In its motion, appellant acknowledges that this Court previously ordered that no further extensions of the deadline would be granted, but contends that an extension is warranted because "a number of items which were requested by Appellant to be included in the clerk's record were omitted by the trial court clerk." Nevertheless, appellant filed an appellant's brief on the same day as it filed the motion for extension.

Accordingly, because appellant timely filed a brief, we dismiss appellant's motion to extend time to file its brief as moot. If necessary and appropriate, appellant may file an amended brief without leave of the Court no later than 14 days after the filing of the supplemental clerk's record by the trial court clerk[1]; any such amended brief shall only be amended by the addition of appropriate citations to the supplemental clerk's record. The deadline for filing appellees' briefs remains June 11, 2014.

It is so ORDERED.

Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>
                   ☒ Acting individually    ☐ Acting for the Court
Date: May 20, 2014

---

[1]     On May 12, 2014, Appellant requested that the trial court clerk file a supplemental clerk's record containing the omitted items. *See* TEX. R. APP. P. 34.5(c).